# Exhibit B

**Egleson, Christopher M.**

**From:** Eric Deters <Eric@ericdeters.com>
**Sent:** Sunday, October 12, 2025 5:12 PM
**To:** Egleson, Christopher M.
**Cc:** Chianese, Christina Prusak; Richard Porotsky
**Subject:** Re: Rule 26 conference med pro

**EXTERNAL EMAIL - Use caution with links and attachments.**

Oh yes i do you little prick
You claim civility and professionalism while lieing and defaming and being an all round blabbering blobfish scut
I am going to make your life miserable
As you deserve
I hope all of you die a painful death of spine cancer

Sent from my iPhone

On Oct 12, 2025, at 7:42 PM, Egleson, Christopher M. <cegleson@sidley.com> wrote:

Dear Mr. Deters:

Your threats below are noted. We intend to litigate this case with civility and ordinary professional courtesy, and will do so regardless of the tactics you choose to employ. This is simply to put you on notice that you have no basis for any of the actions that you threaten below, and MedPro will continue to pursue all available relief. If you file motions or other proceedings as you say below, MedPro will seek all available sanctions including attorney's fees.

Regards,

Chris Egleson

**CHRISTOPHER M. EGLESON**
Partner

**SIDLEY AUSTIN LLP**
+1 650 565 7108

---

**From:** Eric Deters <Eric@ericdeters.com>
**Sent:** Saturday, October 11, 2025 7:40:24 AM

**To:** Egleson, Christopher M. <cegleson@sidley.com>
**Cc:** Chianese, Christina Prusak <cchianese@sidley.com>; Richard Porotsky <richard.porotsky@dinsmore.com>; Loretta Little <llittle@ericdeters.com>
**Subject:** Re: Rule 26 conference med pro

I will also be filing motions to revoke your pro hac vices
Sent from my iPhone

On Oct 11, 2025, at 9:45 AM, Eric Deters <Eric@ericdeters.com> wrote:

Monday i will be filing the Bar complaints against each of you for your misconduct in this matter so far.
Since I am no longer a lawyer, i will also be doing a video and posting it about your misconduct,
I will then email the video and the complaints to the 21,000 email list I have.
I will also be suing each of you and your law firms for damages for your misconduct here in this jurisdiction.
I have much more coming against you, med pro, all the lawyers and ole Warren.
FBI is coming for you all.
Sent from my iPhone

On Oct 10, 2025, at 5:46 PM, Egleson, Christopher M. <cegleson@sidley.com> wrote:

Dear Mr. Deters:

Thank you for the email below. In our capacity as counsel for MedPro, we write to acknowledge receipt of this proposal that we resolve our claims in MedPro v. Deters by dismissing them. MedPro does not intend to dismiss its claims, and your demands with respect to your counterclaims in the same action are not accepted.

Best regards,

Chris

**CHRISTOPHER M. EGLESON**

**SIDLEY AUSTIN LLP**
+1 650 565 7108
cegleson@sidley.com

---

**From:** Eric Deters <Eric@ericdeters.com>
**Sent:** Thursday, October 2, 2025 6:23 AM
**To:** Egleson, Christopher M. <cegleson@sidley.com>; Chianese,

Christina Prusak <cchianese@sidley.com>; Richard Porotsky <richard.porotsky@dinsmore.com>
**Cc:** Loretta Little <llittle@ericdeters.com>; Eric Deters <Eric@ericdeters.com>
**Subject:** RE: Rule 26 conference med pro

My proposal for settlement is as follows:

Withdraw your baseless motion in Kenton Circuit Court.

Dismiss the claims against me.

On my counterclaim pay $100 million dollars OR schedule a 30-minute face to face meeting between Warren Buffett and myself. I will travel to Omaha or any place he likes.

I demand you confirm whether or not you communicated my last proposal to him as is your ethical obligation. If you did not, I will take the appropriate action including a Motion to Revoke your Pro Hac Vice and a disciplinary complaint at every Bar to which you belong.

You have ignored repeated requests to confirm you took my proposal to him.

Each of you represent Warren, so its each of your obligations.

<image001.png>
Eric Deters
859-250-2527 (Cell)
eric@ericdeters.com
Deters Consulting
Chairman Eric Deters Media
Retired Ohio Lawyer 2013
Retired Kentucky Lawyer 2021
No Current Law License

*"Aggressive Fighting for the right is the noblest sport the world affords." -TR*
Push Strength!

---

**From:** Egleson, Christopher M. <cegleson@sidley.com>
**Sent:** Wednesday, October 1, 2025 7:31 PM
**To:** Eric Deters <Eric@ericdeters.com>; Chianese, Christina

Prusak <cchianese@sidley.com>; Richard Porotsky <richard.porotsky@dinsmore.com>
**Cc:** Loretta Little <llittle@ericdeters.com>
**Subject:** RE: Rule 26 conference med pro

Dear Mr. Deters,

As discussed below, we are prepared to proceed according to your request to begin our Rule 26(f) meet and confer by email in the first instance, and this email is to begin that process. Here is the Plaintiffs' position on a number of preliminary matters relevant to the Rule 26(f) process. Please provide your position in response.

We propose that the parties agree to exchange initial disclosures by November 14, 2025.

Plaintiffs do not believe that this case should proceed under the jurisdiction of a magistrate judge, so we propose to mark that the parties do not consent to such jurisdiction.

Plaintiffs believe that factual and expert discovery should be bifurcated, with factual discovery proceeding first and expert discovery commencing following its conclusion.

Plaintiffs propose that the parties enter into a stipulated protective order to govern the designation of documents as confidential during the course of discovery as well as to provide a procedure for claims of privilege or protection under Federal Rule of Evidence 502. Plaintiffs can prepare a proposed draft stipulation.

Plaintiffs propose that depositions be limited to 7 hours, that the number of depositions be set after further discovery, and that the number of interrogatories remain at 25.

Plaintiffs are willing to entertain any reasonable offers of settlement to resolve the case at this early stage. We also understand if Defendant prefers to discuss settlement at a later juncture when the case has progressed further.

As noted, we ask that you provide us with your position on these preliminary matters so we can work together through the remaining Rule 26(f) items, including the preparation of a proposed schedule.

Best regards,

Chris Egleson

**CHRISTOPHER M. EGLESON**

**SIDLEY AUSTIN LLP**
+1 650 565 7108
cegleson@sidley.com

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************

---

**From:** Egleson, Christopher M.
**Sent:** Thursday, September 18, 2025 9:21 AM
**To:** 'Eric Deters' <Eric@ericdeters.com>; Chianese, Christina Prusak <cchianese@sidley.com>; Richard Porotsky <richard.porotsky@dinsmore.com>
**Cc:** Loretta Little <llittle@ericdeters.com>
**Subject:** RE: Rule 26 conference med pro

Dear Mr. Deters:

Thanks, that's a reasonable suggestion.  We'll send a draft presently, and we can figure out if we are on the same page.  If we do not need a call, we will have no problem proceeding on paper.

Best regards,

Chris

**CHRISTOPHER M. EGLESON**

**SIDLEY AUSTIN LLP**
+1 650 565 7108
cegleson@sidley.com

---

**From:** Eric Deters <Eric@ericdeters.com>
**Sent:** Thursday, September 18, 2025 9:04 AM
**To:** Egleson, Christopher M. <cegleson@sidley.com>; Chianese, Christina Prusak <cchianese@sidley.com>; Richard Porotsky <richard.porotsky@dinsmore.com>
**Cc:** Loretta Little <llittle@ericdeters.com>
**Subject:** Rule 26 conference med pro

Do you three want to draft an initial draft of a Rule 26 joint schedule?

I see no need for a call

I suggest you make a draft and proposal
Send me
Ill reply
Reach agreement

If you want a call

Loretta can schedule 8593631900
Sent from my iPhone