UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MEDPRO GROUP INC.**, *et al.*,

      **Plaintiffs**,

v.                                                          Civil Action 1:25-cv-630
                                                                Judge Edmund A. Sargus, Jr.
                                                                Magistrate Judge Chelsey M. Vascura

**ERIC C. DETERS**,

      **Defendant**.

## ORDER

This matter is before the Court on Defendant's Motions to quash various subpoenas (ECF Nos. 37–39, 51) and Defendant's Motion to Compel Discovery (ECF No. 46). All of Defendant's Motions are **DENIED WITHOUT PREJUDICE** for failure to comply with the October 24, 2025 Case Management Order (ECF No. 22), which requires Defendant to file a pre-motion letter of no more than two pages before filing any non-dispositive motions. Because Defendant failed to follow that procedure, Defendant's motions are denied without prejudice in accordance with the October 24, 2025 Order. Moreover, the Court has reviewed Defendants' discovery motions and advises that none of them set forth grounds for quashing the subpoenas or compelling further discovery responses from Plaintiffs.

In the future, no motions relating to discovery may be filed on the docket *by any party* before (1) exhausting (or attempting in good faith to exhaust) all extra-judicial means of resolving the dispute before seeking court intervention in accordance with Federal Rule of Civil Procedure 37(a)(1) and S.D. Ohio Civ. R. 37.1, and (2) contacting the undersigned's chambers at

Vascura_Chambers@ohsd.uscourts.gov to request an informal conference in accordance with the Case Management Order entered today.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE