UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MEDPRO GROUP INC.**, *et al.*,

      **Plaintiffs,**

v.                                **Civil Action 1:25-cv-630**
                                           **Judge Edmund A. Sargus, Jr.**
**ERIC C. DETERS,**                  **Magistrate Judge Chelsey M. Vascura**

      **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to quash subpoenas issued by Plaintiffs (ECF No. 56). Defendant's Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with the October 24, 2025 Case Management Order (ECF No. 22), which requires Defendant to file a pre-motion letter of no more than two pages before filing any non-dispositive motions. Because Defendant failed to follow that procedure, Defendant's motion is denied without prejudice in accordance with the October 24, 2025 Order.

Additionally, as explained by the Court in its January 21, 2026 Order (ECF No. 54), no motions relating to discovery may be filed on the docket by any party before (1) exhausting (or attempting in good faith to exhaust) all extra-judicial means of resolving the dispute before seeking court intervention in accordance with Federal Rule of Civil Procedure 37(a)(1) and S.D. Ohio Civ. R. 37.1, and (2) contacting the undersigned's chambers at

Vascura_Chambers@ohsd.uscourts.gov to request an informal conference in accordance with the January 21, 2026 Case Management Order (ECF No. 53).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE