**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**MEDPRO GROUP INC.,** *et al.*,

        **Plaintiffs,**

    **v.**
                                      **Civil Action 1:25-cv-630**
                                       **Judge Edmund A. Sargus, Jr.**
                                       **Magistrate Judge Chelsey M. Vascura**

**ERIC C. DETERS,**

        **Defendant.**

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Alternative Service on Third-Party Witness Robert Croskery (ECF No. 132). Therein, Plaintiffs represent that they have unsuccessfully attempted to serve Mr. Croskery, an attorney involved in underlying litigation against Plaintiffs, with a subpoena. Specifically, Plaintiffs have attempted personal service at business and home addresses for Mr. Croskery. As to the latter, on multiple occasions, Mr. Croskery was contacted by telephone while Plaintiff's process server was on the premises, but Mr. Croskery refused to authorize building security to allow the process server to enter his apartment building. Mr. Croskery also emailed Plaintiffs' counsel stating that he would "respond under the law to any subpoena … properly serve[d] upon [him] that is not quashed by the Court." (ECF No. 132-11, PAGEID #4800.) Plaintiffs' counsel followed up with Mr. Croskery via email to ask if he would accept service of the subpoena via email, but Mr. Croskery did not respond. (*Id.* at PAGEID #4799–4800.) Plaintiffs now seek to serve Mr. Croskery with the subpoena via the alternative means of

(i) emailing a copy of the subpoena and the Court's order on this motion to the email address Mr. Croskery previously used to contact MedPro's counsel, rcroskery@croskerylaw.com,

(ii) mailing a copy by first-class and certified mail to Mr. Croskery's home address at The Highland Towers, 1071 Celestial Street No. 2200, Cincinnati, Ohio 45202, the address he previously disclosed to undersigned counsel, and

(iii) leaving a copy of the subpoena with building security at The Highland Towers, 1071 Celestial Street No. 2200, Cincinnati, Ohio 45202.

The undersigned finds that Plaintiffs have shown an inability to serve Mr. Croskery after the diligent efforts described above. *See*, *e.g.*, *Snyder-Hill v. The Ohio State University*, No. 2:23-CV-2993, 2026 WL 1846747, at *2 (S.D. Ohio Jan. 12, 2026) ("Courts permit service by alternative means when a 'party seeking evidence demonstrates an inability to effectuate service after diligent effort.'") (quoting *OceanFirst Bank v. Hartford Fire Ins. Co.*, 794 F. Supp. 2d 752, 754 (E.D. Mich. 2011)). "If such diligence is shown, the moving party must also demonstrate that the requested alternative means are 'reasonably calculated to achieve actual delivery.'" *Id.* (quoting *Nixon v. Jimenez*, No. 2:23-CV-11547, 2025 WL 3496210, at *1 (E.D. Mich. Dec. 5, 2025)). The undersigned finds that Plaintiffs' proposed alternative methods of service are sufficient because they have confirmed that Mr. Croskery uses the email address in question and that he lives at the residential address in question.

Accordingly, Plaintiffs' Motion for Alternative Service on Third-Party Witness Robert Croskery (ECF No. 132) is **GRANTED**. Plaintiffs may serve Mr. Croskery with their subpoena using the three methods of service outlined above.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2