**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MEDPRO GROUP INC.,** *et al.*,

      **Plaintiffs,**

  **v.**

                                    **Civil Action 1:25-cv-630**
                                      **Judge Edmund A. Sargus, Jr.**
**ERIC C. DETERS,**                           **Magistrate Judge Chelsey M. Vascura**

      **Defendant.**

## <u>ORDER</u>

      This matter is before the Court on Defendant's Motion to Quash All Subpoenas Issued by Medical Protective (ECF No. 147). Defendant's Motion fails to comply with the October 24, 2025 Case Management Order (ECF No. 22), which requires Defendant to file a pre-motion letter of no more than two pages before filing any non-dispositive motions. Moreover, Plaintiff failed to request an informal conference with the Court prior to filing a discovery motion, as required by the Court's January 21, 2026 Case Management Order (ECF No. 53). For these reasons, Defendant's Motion (ECF No. 147) is **DENIED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED.**

                                      /s/ *Chelsey M. Vascura*
                                      CHELSEY M. VASCURA
                                      UNITED STATES MAGISTRATE JUDGE