**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| MEDPRO GROUP INC., *et al.*,<br><br>               Plaintiffs,<br><br>        v.<br><br>ERIC C. DETERS a/k/a ERIC E. DETERS a/k/a ERIC ESQUIRE DETERS,<br><br>               Defendant. | Case No. 1:25-cv-00630-EAS-CMV<br><br><br>**District Judge Edmund A. Sargus, Jr.**<br>**Magistrate Judge Chelsey M. Vascura** |

**DECLARATION OF CHRISTOPHER M. EGLESON IN SUPPORT OF**
**PLAINTIFFS' MOTION TO HOLD DEFENDANT IN CIVIL CONTEMPT AND FOR**
**CONTEMPT SANCTIONS**

I, Christopher M. Egleson, declare as follows:

1.      I am a partner at Sidley Austin LLP and counsel of record for Plaintiffs MedPro Group Inc. and The Medical Protective Company (together, "MedPro") in this action.  I submit this declaration in support of MedPro's Motion to Hold Defendant in Civil Contempt and for Contempt Sanctions.  I have personal knowledge of the facts set forth below, except as otherwise stated, and if called as a witness I could and would testify competently to them.

2.      Attached as **Exhibit A** is a true and correct copy of a July 20, 2026 email from Defendant to MedPro's counsel in this case.  In that email, Defendant wrote, "Are you guys feeling good?" and attached an image of a cat that had killed or was killing a mouse.  Ex. A at 1.

3.      Attached as **Exhibit B** is a true and correct copy of a July 24, 2026 email thread between Defendant and MedPro's counsel in this case.  In that thread, Defendant referenced his July 20 email and wrote, "[A] cat playing with a mouse is a metaphor for someone playing with someone with glee."  Ex. B at 1.

4.      Attached as **Exhibit C** is a true and correct copy of a petition for writ of mandamus against District Judge Edmund A. Sargus, Jr. and Magistrate Judge Chelsey M. Vascura filed in the Sixth Circuit on July 22, 2026, docketed as case number 26-3660.  In that petition, Defendant stated that his "indignation, disgust, hatred and loathing for Medical Protective, their representatives, their legal counsel and the court system based upon truth and facts is justified." Ex. C at 10.  He also expressly acknowledged this Court's July 14, 2026 protective order (the "Harassment Order"), stating that the Court "orders me not to tell Medical Protective's lawyers that I hope they 'all die of spine cancer.'" *Id.*  He continued, "I do hope they all die of spine cancer. It is my right to want it." *Id.*

5.      Attached as **Exhibit D** is a true and correct copy of a petition for writ of mandamus against District Judge Edmund A. Sargus, Jr. and Magistrate Judge Chelsey M. Vascura filed in the Sixth Circuit on July 22, 2026, docketed as case number 26-3661.  As in the petition described above, Defendant again stated that his "indignation, disgust, hatred and loathing for Medical Protective, their representatives, their legal counsel and the court system based upon truth and facts is justified." Ex. D at 8.  He also expressly acknowledged the Harassment Order, stating that this Court "orders me not to tell Medical Protective's lawyers that I hope they 'all die of spine cancer.'" *Id.*  He continued, "I do hope they all 'die of spine cancer.'  It is my right to want it." *Id.*

6.      Attached as **Exhibit E** is a true and correct copy of a July 23, 2026 letter from Defendant to MedPro's counsel, copying subpoenaed third-party witnesses in this case.  In that letter, Defendant wished that counsel would "die of spine cancer" and instructed the subpoenaed witnesses "NOT to produce anything until a COURT orders it." Ex. E at 1–2.  Attached to the letter was a copy of a complaint that Defendant filed against a witness who had produced documents in response to a subpoena MedPro served on him in this case. *Id.* at 3–11.  Defendant

2

also stated, "I welcome any contempt so I can have a full contempt hearing on the record.  It will be classic for the documentary and movie." *Id.* at 2.

7.  Attached as **Exhibit F** is a true and correct copy of a Facebook video posted by Defendant on July 23, 2026 ("July 23 Video").  In the July 23 Video, Defendant displayed a photograph of me, identified me by name, provided my office location, and announced that he would email the video to me "and company."  Ex. F at 1:55, 7:09, 11:00, 12:25.  Defendant admitted that he enjoys harassing MedPro's counsel in this case, stating, "I love taunting them.  I taunt them all day long." *Id.* at 12:33.  He also demonstrated his understanding of the Harassment Order before abruptly disregarding it by saying, "The judge didn't like the fact that I tell all of them that I hope they all die of spine cancer, which I do.  I hope they all die. . . . I just think it'd be poetic justice if all the Medical Protective lawyers died of spine cancer, because I understand spine cancer is really, really bad. . . . I hope they all die of spine cancer.  I really do.  I do." *Id.* at 12:36.

8.  Attached as **Exhibit G** is a true and correct copy of a verified transcript of the July 23 Video.

9.  Attached as **Exhibits H and I** are true and correct copies of screenshots showing reposts of the July 23 Video on Defendant's Facebook page.  Exhibit H shows that Defendant reposted the July 23 Video to the "Eric Deters for Kentucky and America" Facebook page on August 1, 2026.  Exhibit I shows that Defendant reposted the July 23 Video to the same page on or around August 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of August 2026.

*/s/ Christopher M. Egleson*
Christopher M. Egleson

3