**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MEDPRO GROUP INC., *et al.*,**

**Plaintiffs,**

**v.**

**ERIC C. DETERS,**

**Defendant.**

**Case Number 1:25-cv-630**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is on Defendant Eric C. Deters's Motion to Move Hearing Location and Objection to the Location. (ECF No. 190.) A Hearing is scheduled for October 6, 2026 at 10:00 a.m. at 85 Marconi Boulevard, Courtroom 311, Columbus, Ohio, 43215. (ECF Nos. 173, 174.) One day before the Hearing, Mr. Deters filed the instant Motion, objecting to the location of the Hearing as outside the 100-mile rule for subpoenaing third-party witnesses. (ECF No. 190.)

This is the first time Mr. Deters has indicated that he objects to the location of the Hearing, despite the Court having docketed notice of the Hearing on August 24, 2026 (more than one month ago). (ECF No. 174.) Moreover, Mr. Deters's Witness List makes no mention of the individuals named in his Motion. (*See* ECF No. 188.) Mr. Deters had the alternative option of deposing those individuals before the Hearing and presenting their testimony at the Hearing in accordance with the Rules of Civil Procedure. (*See* ECF No. 173.) Additionally, Mr. Deters's Motion does not cite to the 100-mile rule, Federal Rule of Civil Procedure 45(c)(1), or explain how it prohibits those individuals from being subpoenaed for the Hearing.

Because the Motion was filed one day before the Hearing and for the additional reasons above, the Court **DENIES** (ECF No. 190) Defendant Eric C. Deters's Motion to Move Hearing Location and Objection to the Location.

This case remains open.

**IT IS SO ORDERED.**

**10/5/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**