**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MEDPRO GROUP INC., *et al.*,**

**Plaintiffs,**

**v.**

**ERIC C. DETERS,**

**Defendant.**

**Case Number 1:25-cv-630**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter came before the Court on a Hearing on Plaintiffs MedPro Group Inc. and The Medical Protective Company's Motion for Contempt and Sanctions (ECF No. 167). (ECF No. 194.) District Judge Edmund A. Sargus, Jr. and Magistrate Judge Chelsey M. Vascura both presided over the Hearing. (*Id.*) This Order memorializes the Undersigned's rulings from the bench during that Hearing.

In July 2026, Judge Sargus issued an Order adopting Magistrate Judge Vascuras's Order and Report and Recommendation and enjoining Defendant Eric C. Deters from "harassing, intimidating, or directing harassing, threatening, or abusive communication to [MedPro's Chief Executive Officer] Tim Kenesey, any other witness, any officer, director, employee of Plaintiffs, counsel in this case, or any family member of such person." (ECF No. 144, PageID 4914.) Plaintiffs filed their Motion for Contempt and Sanctions asserting that Mr. Deters violated that Order (ECF No. 167), and the Court held a Hearing on the Motion (ECF No. 194).

At the Hearing, the Undersigned denied as untimely Plaintiffs' Request for Judicial Notice (ECF No. 192), except for their Supplemental Request for Judicial Notice (ECF No. 193), which the Undersigned permitted Plaintiffs to prove up, and the Court's own orders in this case.

At the conclusion of witness testimony, the parties indicated they prefer to file supplemental briefs in lieu of closing arguments. (ECF No. 194.) The Undersigned set the following briefing schedule: the parties' briefs must be filed on the docket by October 13, 2026, and replies must be filed by October 20, 2026. (*Id.*)

Finally, the issue of Mr. Deters calling opposing counsel as witnesses did not arise during the Hearing, thus the Court **DENIES as moot** (ECF No. 189) Plaintiffs' Motion in Limine to Preclude Defendant from Calling Plaintiffs' Counsel as Witnesses.

The Court will issue an Opinion and Order on Plaintiffs' Motion for Contempt and Sanctions at a later time.

This case remains open.

**IT IS SO ORDERED.**

10/7/2026
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

Chelsey M. Vascura
**CHELSEY M. VASCURA**
**UNITED STATES MAGISTRATE JUDGE**