**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MEDPRO GROUP INC., *et al.*,**
**Plaintiffs,**

**v.**

**ERIC C. DETERS,**
**Defendant.**

**Case Number 1:25-cv-630**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on Defendant Eric C. Deters's Mo[tion] to Stay This Action Pending the Attached Appeal and Writ. (ECF No. 162.) In the motion, Mr. Deters states in full:

> I move to stay this matter under all relevant federal law pending the attached before the Sixth Circuit. My substantive rights will be violated if a stay is not granted because the outcome of these matters could render the case closed and/or your removal. Of course you will not grant the stay, but when you don't I can file another Writ.

(*Id.* PageID 5332.) The attachments consist of the Notice of Appeal filed in this case (ECF No. 159) and a Petition for Writ of Mandamus filed in the Sixth Circuit Court of Appeals seeking disqualification of the judges in this case (*In re: Eric Deters*, No. 26-3675 (6th Cir. July 24, 2026)). (*Id.* PageID 5333–50.)

The Sixth Circuit recently dismissed Mr. Deters's appeal for want of prosecution and denied Mr. Deters's Petition for Writ of Mandamus. (ECF Nos. 195, 196.) Because the matters underlying Mr. Deters's motion to stay are no longer pending before the Sixth Circuit, the Court **DENIES** (ECF No. 162) Defendant Eric C. Deters's Mo[tion] to Stay This Action Pending the Attached Appeal and Writ.

This case remains open.

**IT IS SO ORDERED.**

**10/8/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**